United States Probation Office
for the District of Utah

**Report on Offender Under Supervision**

FILED
U.S. DISTRICT COURT
2009 SEP -3 P 4:08
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Name of Offender: **Kajo Holliday**  Docket Number: **2:09-CR-00153-001-TS**

Name of Sentencing Judicial Officer: **Honorable Frederick J. Martone**
**United States District Judge**
(District of Arizona)

Name of Assigned Judicial Officer: **Honorable Ted Stewart**
**United States District Judge**
(Transfer of Jurisdiction accepted on March 23, 2009)

Date of Original Sentence: **September 10, 2002**

Original Offense: **Involuntary Manslaughter**

Original Sentence: **63 Months BOP Custody/36 Months Supervised Release**

Type of Supervision: **Supervised Release**    Supervision Began: **February 4, 2008**

## SUPERVISION SUMMARY

On February 20, 2009, the defendant was arrested for the offense of Driving Under the Influence. On June 8, 2009, the defendant was convicted for this offense and was sentenced to pay a fine and the total amount of $1,532. As the defendant is compliant with the San Juan County Justice Court, and with his overall compliance and attitude toward supervision, it is recommended that the defendant be allowed to continue his supervised release in order to complete substance-abuse counseling as ordered in his special conditions of his supervised release.

If the Court desires more information or another course of action, please contact me at (435) 634-0660, extension 22.

I declare under penalty of perjury that the foregoing is true and correct.

Cordell Wilson
United States Probation Officer
Date: August 25, 2009

THE COURT:
[X] Approves the request noted above
[ ] Denies the request noted above
[ ] Other

Honorable Ted Stewart
United States District Judge

Date: 9/3/09

I:\OFFICERS\WILSON\FORM 12S\HOLLIDAY.KAJO.SUPERVISION SUMMARY